UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBENSON INNOCENT,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM; et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 25-CV-3435 TWR (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE**<br><br>(ECF No. 6) |

Presently before the Court is the Parties' Joint Motion to Extend Briefing Schedule ("Mot.," ECF No. 6.) The Parties request the Court extend Respondents' deadline for filing a response to the Petition and continue the hearing. (*Id.* at 1.) The Parties stipulate they "are currently working towards an extrajudicial resolution of this matter." (*Id.*)

Good cause appearing, the Court **GRANTS** the Joint Motion. Respondents **SHALL FILE** their response to the Petition on or before January 15, 2026. Petitioner **MAY FILE** its optional reply, if any, on or before January 20, 2026. Additionally, the Court **VACATES** the hearing set for December 17, 2025, at 10:30 a.m., and **RESETS** the hearing for January 22, 2026, at 1:30 p.m. in Courtroom 14A before the Honorable Todd W. Robinson.

**IT IS SO ORDERED.**

Dated: December 16, 2025

　　　　　　　　　　　　　　　　　　　　　Honorable Todd W. Robinson
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

25-CV-3435 TWR (DDL)